## GANDY V. THE STATE.

(Decided May 13, 1909.   49 South. 801.)

*Carrying Concealed Weapons.*

APPEAL from Monroe County Court.

Heard before Hon. I. B. SLAUGHTER.

MCCLELLAN & MCDUFFIE, for appellant.

ALEXANDER M. GARBER, Attorney-General, for the State.

MAYFIELD, J.—Reversed and rendered on the authority of Tyler v. The State, 159 Ala. 126; 48 South. 672.

DOWDELL, C. J., SIMPSON and DENSON, JJ., concur.

---

## HENDERSON, ET AL. V. ALLEN.

*Bill to Reform Decree.*

APPEAL from Coffee Chancery Court.

Heard before Hon. J. A. CARNLEY, Special Chancellor.

M. SOLLIE, for appellant.

J. F. SANDERS, for appellee.

DOWDELL, C. J.—Affirmed on the facts.

SIMPSON, DENSON and MAYFIELD, JJ., concur.

---

## LINDSEY V. LINDSEY.

*Divorce.*

APPEAL from Choctaw Chancery Court.

Heard before Hon. THOMAS H. SMITH.

W. F. GLOVER, and TYSON, WILSON & MARTIN, for appellant.

GUNTER & GUNTER, for appellee.

Per curiam.—Appeal dismissed on motion of appellee.